UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT PAUL BOURGEOIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2127** |
| **STATE OF LOUISIANA** | **SECTION "B" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Robert Paul Bourgeois's 42 U.S.C. § 1983 complaint against defendant, the State of Louisiana, is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against an immune defendant.

**IT IS FURTHER ORDERED** that Bourgeois's state law tort and negligence claims are **DISMISSED WITHOUT PREJUDICE** because the court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

New Orleans, Louisiana, this 16th day of May, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE